IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Stephen W. Stone, | ) | C.A. No. 8:07-cv-03401-HFF |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| City of Seneca, South Carolina, | ) | |
| Defendant. | ) | |

Upon motion and with the consent of the parties, it is hereby ORDERED that the trial-related deadlines set forth in paragraphs 9, 12, 13 and 14 of the Consent Amended Scheduling Order entered in this case on June 11, 2008 are suspended pending the Court's ruling on the defendant's motion for summary judgment. In the event that motion is denied, the Court will issue a revised Scheduling Order establishing new deadlines for the filing of pretrial disclosures, motions in limine and pretrial briefs.

AND IT IS SO ORDERED.

s/Henry F. Floyd
Henry F. Floyd
United States District Judge

November   21  , 2008

Spartanburg, South Carolina

[SIGNATURE BLOCK ON FOLLOWING PAGE]

2

**WE SO MOVE AND CONSENT:**

| | |
|---|---|
| s/Mary C. McCormac | s/Vance J. Bettis |
| Mary C. McCormac (FID 9150) | Vance J. Bettis (FID 1323) |
| Post Office Box 1535 | GIGNILLIAT, SAVITZ & BETTIS, L.L.P. |
| Clemson, SC 29633 | 900 Elmwood Ave., Suite 100 |
| Phone: (864) 654-9942 / Fax: (864) 654-9781 | Columbia, SC  29201 |
| Email: marymccormac@aol.com | Phone: (803) 799-9311 / Fax: (803) 254-6951 |
| | Email: vbettis@gsblaw.net |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |